CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>NSA PROPERTY HOLDINGS, LLC, a Delaware Limited Liability Company; STORAMERICA MANAGEMENT, LP, a California Limited Partnership; and Does 1-10,<br><br>            Defendants. | **Case:** 2:19-CV-10770-PSG-RAO<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Luis Marquez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants NSA Property Holdings, LLC, a Delaware Limited Liability Company; Storamerica Management, LP, a California Limited Partnership, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 15, 2020             CENTER FOR DISABILITY ACCESS

                                  By:   /s/Amanda Lockhart Seabock
                                        Amanda Lockhart Seabock
                                        Attorney for Plaintiff

1